UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:  ERNESTINA GARCIA                         BK NO.:  1:09-bk-10890

ERNESTINA GARCIA                              :

    VS.                                       :       AP NO.: 1:09-ap-01087

HSBC BANK USA, NATIONAL                       :
ASSOCIATION, AS TRUSTEE                       :
FOR HOME EQUITY LOAN                          :
TRUST SERIES ACE 2006-HE1 and                 :
AMERICA'S SERVICING                           :
COMPANY, ALIAS                                :

DISMISSAL STIPULATION

The parties in the above-entitled action, pursuant to the provisions of the Bankruptcy Rules of Procedure 7041(a)(1)(ii), hereby stipulate that said action be dismissed without prejudice and without costs.

January 24, 2013

| The Plaintiff, By Her Attorney, | The Defendants, By Their Attorneys, |
|---|---|
| ___/s/ John B. Ennis_____<br>John B. Ennis, Esq. #2135<br>1200 Reservoir Avenue<br>Cranston, RI  02920<br>401-943-9230<br>Email:  jbelaw@aol.com | ___/s/ Shanna M. Boughton<br>Shanna M. Boughton, Esq. #8283<br>Litchfield Cavo LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA  01940<br>781-309-1500 – Telephone<br>781-246-0167 – Fax<br>Email: boughton@litchfieldcavo.com |

## CERTIFICATION

      I, John B. Ennis, hereby certify that on this 24th day of January, 2013, I served the within document by first class mail, postage prepaid, to the following:

Shanna M. Boughton, Esq.
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA  01940

                                                  /s/ JohnB. Ennis